Case 07-72942   Doc 63   Filed 01/08/09   Entered 01/08/09 09:23:07   Desc Main
Document      Page 1 of 2

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  DAVID L. MOORE & SAMANTHA L. MOORE                    Case Number: 07-72942
        629 JOSEPH STREET                SSN-xxx-xx-1183 & xxx-xx-7163
        LAKE IN THE HILLS, IL  60156

                                                       Case filed on:      11/30/2007
                                                       Plan Confirmed on:   4/18/2008
                                D Dismissed

Total funds received and disbursed pursuant to the plan: $3,654.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BOHLMAN LAW OFFICES, P.C. | 3,500.00 | 3,500.00 | 1,107.79 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 1,107.79 | 0.00 |
| 021 | SOFIA R. SHIRLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DAVID L. MOORE | 0.00 | 0.00 | 367.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 367.00 | 0.00 |
| 001 | JP MORGAN CHASE BANK NA | 5,703.98 | 5,703.98 | 0.00 | 0.00 |
| 002 | NAVY FEDERAL CREDIT UNION | 3,827.57 | 3,821.00 | 1,836.84 | 102.57 |
| 003 | WASHINGTON MUTUAL BANK | 14,642.19 | 14,642.19 | 0.00 | 0.00 |
|  | Total Secured | 24,173.74 | 24,167.17 | 1,836.84 | 102.57 |
| 002 | NAVY FEDERAL CREDIT UNION | 0.00 | 6.57 | 0.00 | 0.00 |
| 004 | AAMS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AAMS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AAMS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BUR COL RECO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 14,553.80 | 14,553.80 | 0.00 | 0.00 |
| 009 | CREDITORS COLLECTION BUREAU | 7,139.27 | 7,139.27 | 0.00 | 0.00 |
| 010 | CREDITORS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HSBC BANK N/A | 972.28 | 972.28 | 0.00 | 0.00 |
| 013 | CHASE BANK USA NA | 595.17 | 595.17 | 0.00 | 0.00 |
| 014 | CHASE BANK USA NA | 559.05 | 559.05 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 618.25 | 618.25 | 0.00 | 0.00 |
| 016 | PORTFOLIO RECOVERY ASSOCIATES | 8,384.90 | 8,384.90 | 0.00 | 0.00 |
| 017 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | US DEPARTMENT OF EDUCATION | 6,409.83 | 6,409.83 | 0.00 | 0.00 |
| 020 | JEFFERSON CAPITAL SYSTEMS, LLC | 2,177.84 | 2,177.84 | 0.00 | 0.00 |
| 022 | ALGONQUIN - LAKE IN THE HILLS FPD | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | FOX VALLEY LABRORATORY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | GREATER ELGIN EMERGENCY SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | LAKE MCHENRY PATHOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NORTHWEST SUBURBAN IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | PROVENA HEALTH ST. JOSEPH HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | SHERMAN HOSPTIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | SHERMAN HOSPTIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 41,410.39 | 41,416.96 | 0.00 | 0.00 |
|  | Grand Total: | 69,084.13 | 69,084.13 | 3,311.63 | 102.57 |

Total Paid Claimant:     $3,414.20
Trustee Allowance:         $239.80            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00            discharging the trustee and the trustee's surety from any and all
                                              liablility on account of the within proceedings, and closing the estate,
                                              and for such other relief as is just.  Pursuant to FRBP, I hereby
                                              certify that the subject case has been fully administered.

    Report Dated:

                                                        /s/ Lydia S. Meyer
                                                      Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008                    By  /s/Heather M. Fagan